MAX STRAMMER, Respondent, *v.* ABRAHAM MENDELSON, Appellant.

*Strammer* v. *Mendelson*, 136 App. Div. ——, appeal dismissed.
(Submitted February 7, 1910; decided February 15, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for conversion.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence, and the only exceptions appearing in the record were frivolous.

*Joseph A. Seidman* for motion.

*J. Stewart Ross* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.